UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COLONEL MAURICE MAYNARD MEYERS,

                Plaintiff,

-against-

SOCIAL SECURITY ADMINISTRTAION;
COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
09-CV-2701 (CBA)

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on October 30, 2009, dismissing the complaint for lack of subject matter jurisdiction; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; the complaint is dismissed for lack of subject matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       October 30, 2009

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court