UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..................................................................

| | |
|---|---|
| COLONEL MAURICE MAYNARD MEYERS, | **O R D E R** |
| Plaintiff, | CV-09-2701 (CBA) |
| -against- | |
| SOCIAL SECURITY ADMINISTRATION, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

..................................................................

AMON, U.S.D.J.

On October 30, 2009, this Court dismissed the above-captioned action. On August 11, 2010, the plaintiff moved for reconsideration of that order.

Although plaintiff's motion is difficult to decipher, it wholly fails to set forth any grounds for this Court to reconsider its previous order. Accordingly, the motion is denied.

SO ORDERED.

Dated: Brooklyn, New York
      August 19, 2010

/Signed by Judge Amon/

Carol Bagley Amon
United States District Judge

Copy mailed to:
Colonel Maurice Maynard Meyers, 593 Vanderbilt Ave., Brooklyn, NY 11238
Colonel Maurice Maynard Meyers, 323 East 23rd St., Brooklyn, NY 11226